UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2011 DEC 12 AM 10: 02

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY LOUIS DEVUONO,<br><br>Defendant. | Cause No.<br>**A11CR 688 LY**<br><br>**I N F O R M A T I O N**<br><br>[In violation of:<br>18 U.S.C. § 2252(a)(4)(B)<br>Possession of Child Pornography] |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**
[18 U.S.C. § 2252(a)(4)(B)]

On or about August 4, 2010, within the Western District of Texas, the Defendant,

**ANTHONY LOUIS DEVUONO,**

did knowingly possess a computer hard drive which contained visual depictions which had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, which were produced using materials which have been mailed, shipped and transported in interstate and foreign commerce the production of which involved the use of a minors engaging in sexually explicit conduct, and which visual depictions were of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(4)(B).

Respectfully submitted,

ROBERT PITMAN
UNITED STATES ATTORNEY

GRANT SPARKS
Assistant United States Attorney